**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | B-03-110 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Norberto Reyes, d/b/a Reyes Construction Co., Inc. | Civil Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Norberto Reyes, d/b/a Reyes Construction Co., Inc.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5926 Maverick, Brownsville, Texas 78521

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Charles Wendlandt
Assistant U.S. Attorney
800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Hand deliver a copy of the Complaint and Order of Conference to the above named individual and/or any other qualified member.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Nancy Masso, AUSA for Charles Wendlandt, AUSA
TELEPHONE NUMBER: (361) 888-3111
DATE: 6/10/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 79
District to Serve No. 79
Signature of Authorized USMS Deputy or Clerk
Date: 6/10/03

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Sylvia Reyes, Office Manager
Address (complete only if different than shown above):

Date of Service: 6/11/03
Time: 12:05 pm
Signature of U.S. Marshal or Deputy: Robert Cimento, SDUSM

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 7.20 | | 52.20 | | 52.20 | |

REMARKS:
Complaint was served on 6-11-03, 12:05 pm. 20 miles rt. 1 DUSM

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |