4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-110 |
| | § | |
| NORBERTO REYES, d/b/a | § | |
| REYES CONSTRUCTION, INC., and | § | |
| REYES CONSTRUCTION COMPANY, | § | |
| *Defendant* | § | |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

1.     The defendant, Norberto Reyes, resides at 5926 Maverick, Brownsville, Texas 78521, and maintains an office in the back of his house.

2.     On June 11, 2003, Deputy U.S. Marshal Robert Cervantes served process in this action by handing a copy of the summons and complaint to the defendant's daughter, Sylvia Reyes, at the defendant's residence/office. *D.E. 3.* This was proper service under Fed. R. Civ. P. 4(e)(2).

3.     The defendant has failed to plead or otherwise defend within the 20 day period prescribed in Fed. R. Civ. P. 12(a)(1)(A).

Wherefore, the plaintiff respectfully moves for the entry of a default pursuant to Fed. R. Civ. P. 55(a) and asks the Court to schedule an evidentiary hearing for entry of a judgment as provided in Fed. R. Civ. P. 55(b)(2).

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

By:   _____
CHARLES WENDLANDT
Assistant United States Attorney
Admissions I.D. Number: 12172
State Bar I.D. Number: 21171500

1

800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Tel.: (361) 888-3111
FAX (361) 888-3200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was mailed to the following persons on July 21, 2003, via regular and certified mail:

Norberto Reyes
5926 Maverick
Brownsville, Texas 78521

Victor Quintanilla, Esq.
Law Offices of Ernesto Gamez, Jr.
777 E. Harrison
Brownsville, TX 78520-7118

_____
Charles Wendlandt

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA,            §
    *Plaintiff*                              §
                               §
                               §
v.                                   §    CIVIL ACTION NO. B-03-110
                               §
NORBERTO REYES, d/b/a                §
REYES CONSTRUCTION, INC., and        §
REYES CONSTRUCTION COMPANY,          §
    *Defendant*                             §

## ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), a default is hereby entered against the defendant, Norberto Reyes.

Pursuant to Fed. R. Civ. P. 55(b)(2), an evidentiary hearing for entry of a judgment is scheduled for _____, 2003, at _____, before the Honorable Hilda G. Tagle, United States District Judge, Third Floor - Courtroom No. 3, United States Courthouse, 600 E. Harrison Street, # 306, Brownsville, Texas 78520.

Dated: _____, 2003.


MICHAEL N. MILBY
Clerk of Court

By: _____