IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff* | § § § § | |
| v. | § | CIVIL ACTION NO. B-03-110 |
| NORBERTO REYES, d/b/a<br>REYES CONSTRUCTION, INC., and<br>REYES CONSTRUCTION COMPANY,<br>*Defendant* | § § § § § | |

United States District Court
Southern District of Texas
FILED

OCT 1 0 2003

Michael N. Milby
Clerk of Court

## PLAINTIFF'S NOTICE OF DISMISSAL

The United States of America, plaintiff, files this notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

By: _____
CHARLES WENDLANDT
Assistant United States Attorney
Admissions I.D. Number: 12172
State Bar I.D. Number: 21171500
800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Tel.: (361) 888-3111
FAX (361) 888-3200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this notice was mailed to Norberto Reyes, 5926 Maverick, Brownsville, Texas 78521, and Victor Quintanilla, Esq., Law Offices of Ernesto Gamez, Jr., 777 E. Harrison, Brownsville, TX 78520-7118, on October 8, 2003:

_____
Charles Wendlandt